**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6900**

ANGELA MARIA DOZIER,

              Plaintiff –Appellant,

        v.

ANNA CHAMPION; HATTIE PIMPONG; CASE MANAGER MS. JONES;
ASSIGNMENT MGR. MS. SMITH; OFFICER STONE; OFFICER BASS; SGT.
DAVIS; SGT. HAYES; LIEUTENANT HARRIS; CHARLES HILL; SGT.
BRIGGS; DR. DEROSIERS; SGT. WHITAKER; LT. SORIE; NURSE
DAVIS; DR. CURTIS; DR. DYER; TAMMY RHODES; NURSE COX;
CHAPLAIN COLEY,

              Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
Senior District Judge. (5:06-ct-03041-H)

Submitted: November 13, 2008      Decided: November 19, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angela Maria Dozier, Appellant Pro Se.   Lisa Yvette Harper,
Assistant Attorney General, Raleigh, North Carolina; Elizabeth
Pharr McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Maria Dozier appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dozier v. Champion</u>, No. 5:06-ct-03041-H (E.D.N.C. May 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2